FILED

MAR - 5 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N D I C T M E N T** |
| | ) |
| Plaintiff, | ) **3 : 25  CR  00087** |
| | ) |
| v. | ) CASE NO. |
| | ) Title 18, United States Code, |
| KATHY LIDDLE, | ) Section 641 |
| | ) |
| Defendant. | ) **JUDGE HELMICK** |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around August 2016 to in or around March 23, 2020, in the Northern District of Ohio, Eastern Division, Defendant KATHY LIDDLE, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, without authority, dispose of property of the United States exceeding $1,000 in value, belonging to the Social Security Administration, an agency of the United States, to wit:  Title II Retirement Insurance benefits, in the amount of approximately $54,509, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.